AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT, LLC <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-06325  PHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TEA DATING ADVICE INC.
c/o Legal Inc. Registered Agents, Inc.
500 N. Brand Blvd., Suite 890
Glendale CA 91203

[SEE ATTACHMENT #1]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tina Wolfson,
Ahdoot & Wolfson, P.C.
2600 W. Olive Ave., Suite 500
Burbank CA 91505
Phone: 310-474-9111
Email: twolfson@ahdootwolfson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 7/30/2025

*Signature of Clerk or Deputy Clerk*
Mark Romyn

Civil Action No. 3:25-cv-06325 PHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>TEA DATING ADVICE, INC.</u> was received by me on *(date)* <u>7/30/25</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Angelica Ramirez</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>TEA DATING ADVICE, INC.</u> on *(date)* <u>Wed, Jul 30 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0.00</u> for travel and $ <u>90.60</u> for services, for a total of $ <u>$90.60</u>.

I declare under penalty of perjury that this information is true.

Date: 08/01/2025

_____
*Server's signature*

Dean DeVito, Registered Process Server #2023134466 - LA County
_____
*Printed name and title*

Process2Serve, LLC
201 N Brand Blvd. Unit 200, Glendale, CA 91203
_____
*Server's address*

Additional information regarding attempted service, etc.:
**Also Served: Attachment #1 to Summons; Class Action Complaint; Plaintiff Jane Doe's Administrative Motion to Consider Whether Cases Should be Related Pursuant to CIV. L. R. 3-12 and 7-11; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Declaration of Tina Wolfson in Support of Plaintiff Jane Doe's Administrative Motion to Consider Whether Cases Should be Related Pursuant to CIV. L. R. 3-12 and 7-11; Exhibits 1-3; [Proposed] Order Granting Plaintiff Jane Doe's Administrative Motion to Consider Whether Cases Should be Related Pursuant to CIV. L. R. 3-12 and 7-11.**

1) Successful Attempt: **Jul 30, 2025**, 1:04 pm PDT at 500 North Brand Boulevard Suite 890, Glendale, CA 91203 received by **Angelica Ramirez** . Age: 30; Ethnicity: Hispanic; Gender: Female; Weight: 135; Height: 5'4"; Hair: Brown; Relationship: Intake Specialist; Authorized to accept service by and for **Legal Inc. Registered Agents, Inc.; Registered Agent for Tea Dating Advice, Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Jane Doe v. Tea Dating Advice, Inc., et al.*
25-cv-06325

ATTACHMENT # 1 TO SUMMONS

DEFENDANTS TO BE SERVED:

**X CORP.**
c/o CT Corporation Systems
330 N. Brand Blvd., Suite #700
Glendale CA 91203

**4CHAN COMMUNITY SUPPORT, LLC**
5042 Wilshire Blvd.
Suite 34441
Los Angeles CA 90036