Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Deborah De Villa (SBN 312564)
*ddevilla@ahdootwolfson.com*
Alyssa D. Brown (SBN 301313)
*abrown@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br><br>Defendants. | Case No. 3:25-cv-06325-AGT<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFF JANE DOE'S ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

1.    I, Tina Wolfson, am an attorney at law licensed to practice in the State of California and in this District. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.    I am a Founding Partner of Ahdoot & Wolfson, PC, and am one of the lead attorneys for Plaintiff in this matter. Pursuant to Local Rule 7-11, I submit this declaration in support of Plaintiff Jane Doe's Motion to Proceed Under Pseudonym.

3.    Defendant has not yet appeared in this matter. Accordingly, the parties in this action were unable to stipulate to the relief requested in Plaintiff's Motion.

4.    On or about August 3, 2025, my firm identified various social media posts relating to the Tea Data Breach, including on the X platform. As an example, attached hereto as **Exhibit A** is a true and correct copy of an X post by user @leakingurdata, made on July 25, 2025. As another example, attached hereto as **Exhibit B** is a true and correct copy of an X post by user @Rebel06714, made on July 30, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 7, 2025 in Burbank, California.

*/s/ Tina Wolfson*
Tina Wolfson

---

1

DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFF JANE DOE'S ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM; No. 3:25-cv-06325-AGT

# EXHIBIT A

8/5/25, 1:25 PM	error on X: "If you've got access to the tea app leak, here is this map, here you can see where around you some of these retarded women decided so…

Case 3:25-cv-06325-WHO    Document 17-1    Filed 08/07/25    Page 4 of 7




# EXHIBIT B

8/5/25, 12:56 PM Rebel06714 on X: "Some people are willing to hunt you down and unalive you for the lies that you have told with no actual proof. They pinpointe…

Case 3:25-cv-06325-WHO    Document 17-1    Filed 08/07/25    Page 6 of 7

## Post

**Rebel06714**
@Rebel06714

Some people are willing to hunt you down and unalive you for the lies that you have told with no actual proof. They pinpointed all of your locations that should tell you how serious this is. Just one of your lies has the ability to destroy a man's life.



11:33 PM · Jul 30, 2025 · **28** Views

### New to X?

Sign up now to get your own personalized timeline!

- Sign up with Google
- Sign up with Apple
- Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.
Retry

Terms of Service | Privacy Policy | Cookie Policy
More···  © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in | Sign up

8/5/25, 12:56 PM

Case 3:25-cv-06325-WHO    Document 17-1    Filed 08/07/25    Page 7 of 7

rebel06714 on X: "Some people are willing to hunt you down and…live you for the lies that you have told…and actual proof. They pinpointe…



### New to X?

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service | Privacy Policy | Cookie Policy |
More ···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up