1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  Eileen Ahern (Bar No. 216822)
   eahern@willenken.com
3  WILLENKEN LLP
4  707 Wilshire Blvd., Suite 4100
   Los Angeles, California 90017
5  Telephone:  (213) 955-9240
   Facsimile:   (213) 955-9250
6
7  Attorneys for Defendant X Corp.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   | JANE DOE, individually and on behalf of all others similarly situated, | Case No.: 3:25-cv-06325-WHO |
   |---|---|
   | Plaintiffs, | Hon. William H. Orrick |
   | v. | **STIPULATION TO EXTEND DEFENDANT X CORP.'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
   | TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC, | |
   | Defendants. | Complaint served: July 30, 2025<br>Initial Response Date: August 20, 2025<br>Revised Response Date: 30 days after the filing of the consolidated complaint |

1  Under Civil L.R. 6-1(a), plaintiff Jane Doe and defendant X Corp. in *Doe v. Tea Dating Advice, Inc., et al.*, case number 3:25-cv-06325-WHO, stipulate as follows:

WHEREAS, the complaint in this action was filed by Plaintiff on July 28, 2025;

WHEREAS, X Corp. was served with the complaint on July 30, 2025;

WHEREAS, X Corp.'s current deadline to answer or otherwise respond to the complaint is August 20, 2025;

WHEREAS, on August 6, 2025, Plaintiff Jane Doe filed a motion to consolidate her case and several other related cases filed in this District, and to set a schedule for the briefing of applications to serve as interim lead counsel, *see Reyes v. Tea Dating Advice, Inc.*, 3:2025-v-063210-WHO (ECF No. 18);

WHEREAS, the hearing on that motion is set for September 17, 2025, *id.* at ECF No. 22;

WHEREAS, Plaintiff anticipates that the related matters will be consolidated, interim lead counsel will be appointed, and interim lead counsel will file a consolidated complaint that will become the operative complaint in the related matters;

WHEREAS, X Corp. reserves its right to oppose consolidation;

WHEREAS, Plaintiff and X Corp. agree to extend the time for X Corp. to answer or otherwise respond to the complaint, including but not limited to moving to strike any complaint pursuant to California's anti-SLAPP law, to 30 days after the filing of a consolidated complaint in the consolidated action, or, if the Court orders that this matter will not be consolidated, 30 days after that order;

WHEREAS, the stipulated change will not alter the date of any event or any deadline already fixed by Court order;

[THE REMAINDER OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK.]

1  NOW, THEREFORE, Plaintiff and X Corp. stipulate as follows:

2  The time for X Corp. to answer or otherwise respond to the complaint, including but not
3  limited to moving to strike any complaint pursuant to California's anti-SLAPP law, shall be
4  extended to 30 days after the filing of a consolidated complaint in this action, or, if the Court
5  orders that this matter will not be consolidated, 30 days after that order.

                                            Respectfully submitted,

Dated: August 15, 2025                      WILLENKEN LLP


                                            By:  /s/ Kenneth M. Trujillo-Jamison
                                                 Kenneth M. Trujillo-Jamison
                                                 *Attorneys for Defendant X Corp.*


Dated: August 15, 2025                      AHDOOT & WOLFSON, PC

                                            By:  /s/ Tina Wolfson
                                                 Tina Wolfson (SBN 174806)
                                                 twolfson@ahdootwolfson.com
                                                 Theodore W. Maya (SBN 223242)
                                                 tmaya@ahdootwolfson.com
                                                 Deborah De Villa (SBN 312564)
                                                 ddevilla@ahdootwolfson.com
                                                 Alyssa D. Brown (SBN 301313)
                                                 abrown@ahdootwolfson.com
                                                 AHDOOT & WOLFSON, PC
                                                 2600 W. Olive Avenue, Suite 500
                                                 Burbank, CA 91505
                                                 Telephone: (310) 474-9111
                                                 Facsimile: (310) 474-8585

                                                 *Attorneys for Plaintiff and the Putative Class in*
                                                 *Doe v. Tea Dating Advice, Inc., et al.,*
                                                 *No. 3:25-cv-06325-AGT (N.D. Cal.)*

**SIGNATURE ATTESTATION**

Under Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to Tina Wolfson, counsel for plaintiff Jane Doe, and that I have obtained Ms. Wolfson's authorization to affix her electronic signature to this document.

Dated: August 15, 2025                    WILLENKEN LLP

By:   */s/ Kenneth M. Trujillo-Jamison*
      Kenneth M. Trujillo-Jamison
      *Attorneys for Defendant X Corp.*