| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>Bethany G. Lukitsch (SBN 314376)<br>Kamran B. Ahmadian (SBN 314566)<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067<br>Telephone:  (310) 820-8800<br>Facsimile:  (310) 820-8859<br>Email: *blukitsch@bakerlaw.com*<br>*kahmadian@bakerlaw.com*<br><br>Cameron S. Friedman (SBN 336087)<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: *cfriedman@bakerlaw.com*<br><br>Attorneys for Defendant<br>TEA DATING ADVICE, INC. | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>Theodore W. Maya (SBN 223242)<br>Deborah De Villa (SBN 312564)<br>Alyssa D. Brown (SBN 301313)<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone: (310) 474-9111<br>Fax: (310) 474-8585<br>Email: *twolfson@ahdootwolfson.com*<br>*tmaya@ahdootwolfson.com*<br>*ddevilla@ahdootwolfson.com*<br>*abrown@ahdootwolfson.com*<br><br>Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br><br>          Defendants. | CASE NO.: 3:25-cv-06325-WHO<br><br>Hon. Judge William H. Orrick<br><br>**STIPULATION RE: EXTENSION OF DEFENDANT TEA DATING ADVICE INC.'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT [L.R. 6-1(A)]**<br><br>Complaint served: July 30, 2025<br>Initial Response Date: August 20, 2025<br>Revised Response Date: 30 days after the filing of the consolidated amended complaint |

Pursuant to Civil Local Rule 6-1(a) of the United States district Court for the Northern District of California, Plaintiff Jane Doe ("Plaintiff") and Tea Dating Advice Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiff filed her Class Action Complaint (the "Complaint") against Defendant on July 28, 2025 [Dkt. 1] and served Defendant with the Complaint and Summons on July 30, 2025 [Dkt. 8];

**WHEREAS,** Pursuant to Fed. R. Civ. P. 12(a), Defendant's deadline to respond to the Complaint is August 20, 2025;

**WHEREAS,** on August 6, 2025, Plaintiff filed a motion to consolidate her case and several other related cases filed in this District, and to set a schedule for the briefing of applications to serve as interim lead counsel (the "Motion to Consolidate"), *see Reyes v. Tea Dating Advice, Inc.*, 3:25-cv-063210-WHO [Dkt.18];

**WHEREAS,** the hearing on that motion is set for September 17, 2025;

**WHEREAS,** Plaintiff anticipates that the related matters will be consolidated, interim lead counsel will be appointed, and interim lead counsel will file a consolidated complaint that will become the operative complaint in the related matters;

**WHEREAS,** the parties wish to allow sufficient time for the Court to decide the Motion to Consolidate and for Defendant to carefully consider plaintiff's allegations and respond to any consolidated amended complaint without wasting judicial resources through duplicative filings;

**WHEREAS**, the stipulated change will not alter the date of any event or deadline already fixed by Court order; and

**WHEREAS,** pursuant to Local Rule 6-1(a), the extension stipulated herein is immediately effective as it does not alter the date of any event or deadline already fixed by Court Order.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that the August 20, 2025 deadline for Defendant to answer or otherwise respond to the Complaint is adjourned 30 days after the filing of a consolidated amended complaint in this action, or, if the Court denies the Motion to Consolidate, 30 days after that order.

Dated: August 19, 2025                               Respectfully submitted,

                                                By:   */s/ Tina Wolfson*
                                                     Tina Wolfson
                                                     Theodore W. Maya
                                                     Deborah De Villa
                                                     Alyssa D. Brown
                                                     **AHDOOT & WOLFSON, PC**
                                                     2600 West Olive Avenue, Suite 500
                                                     Burbank, CA 91505
                                                     Telephone: (310) 474-9111
                                                     Fax: (310) 474-8585
                                                     Email: *twolfson@ahdootwolfson.com*
                                                     *tmaya@ahdootwolfson.com*
                                                     *ddevilla@ahdootwolfson.com*
                                                     *abrown@ahdootwolfson.com*

                                          *Attorneys for Plaintiff*
                                          JANE DOE

Dated: August 19, 2025

                                                By:   */s/ Bethany G. Lukitsch*
                                                     Bethany G. Lukitsch
                                                   Kamran B. Ahmadian
                                                   **BAKER & HOSTETLER LLP**
                                                   1900 Avenue of the Stars, Suite 2700
                                                   Los Angeles, CA 90067
                                                   Telephone: (310) 820-8800
                                                   Facsimile: (310) 820-8859
                                                   Email: *blukitsch@bakerlaw.com*
                                                   *kahmadian@bakerlaw.com*

                                                   Cameron S. Friedman (SBN 336087)
                                                   45 Rockefeller Plaza
                                                   New York, NY 10111
                                                   Telephone: (212) 589-4200
                                                   Facsimile: (212) 589-4201
                                                   Email: *cfriedman@bakerlaw.com*

                                          *Attorneys for Defendant*
                                          TEA DATING ADVICE, INC.

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to Tina Wolfson, counsel for Plaintiff Jane Doe, and that I have obtained Ms. Wolfson's authorization to affix her electronic signature to this document.

Dated: August 19, 2025                    By: /s/ *Bethany G. Lukitsch*
                                                Bethany G. Lukitsch