1
2
3
4
5

#### UNITED STATES DISTRICT COURT

#### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br>　　　　　　　　Defendants. | Case Number: No. 3:25-cv-06325<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

　　Considering the papers and arguments herein, and finding good cause, the Motion to dismiss Plaintiff's Complaint against Defendant 4Chan Community Support, LLC pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Section 230 of the Communications Decency Act, is hereby GRANTED with prejudice.


　　IT IS SO ORDERED.


　　Date: _____　　　_____

　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE