**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859
Email:  *blukitsch@bakerlaw.com*
         *kahmadian@bakerlaw.com*

Cameron S. Friedman (SBN 336087)
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
Email: *cfriedman@bakerlaw.com*

Attorneys for Defendant
TEA DATING ADVICE, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC., X CORP., and 4CHAN COMMUNITY SUPPORT LLC,<br><br>Defendants. | CASE NO.: 3:25-cv-06325-WHO<br><br>[*Assigned to Hon. William H. Orrick*]<br><br>**DEFENDANT TEA DATING ADVICE, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-15, FED. R. CIV. P. 7.1]** |

Defendant Tea Dating Advice, Inc. submits the following Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Certification of Conflicts and Interested Entities or Persons pursuant to Northern District of California Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Sean Cook; WC Investor Three Holdings, LLC; K Investment Management Co LLC; Super Unlimited Inc.; Benjamin Perlmutter.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, Defendant Tea Dating Advice, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

The undersigned certifies that, as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: August 19, 2025    **BAKER & HOSTETLER LLP**

By:  */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Kamran B. Ahmadian
Cameron S. Friedman

Attorneys for Defendant
TEA DATING ADVICE, INC.